THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR NATAL, Appellant, v. LOUIS RATNER, as Sheriff of Sullivan County, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.